**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
**FILED**

**JUL 3 1 2019**

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | **CRIMINAL NO. H-18-672sss** |
| **CHARMINE GODINE,** | * | |
| **HAROLD CHANEY,** | | |
| **FRANK CHANEY,** | * | |
| **and** | | |
| **MARCUS MCNEAL** | * | |

**THIRD SUPERSEDING INDICTMENT**

The United States Grand Jury charges:

**INTRODUCTION**

At all times material to this indictment the following facts are applicable to all counts:

1.     Tele-check-First Data (Telecheck) was a check processing company with servers located outside the State of Texas.   All processing of checks was done through electronic communications routed through Chandler Arizona, Omaha Nebraska or elsewhere.

2.     Certegy Payment Solutions (Certegy) was a check processing company with servers located outside the State of Texas.   All processing of checks was done through electronic communications routed through St. Petersburg Florida, Brown Deer Wisconsin or elsewhere.

1

## COUNT I
## CONSPIRACY TO COMMIT WIRE FRAUD
## (18 U.S.C. 1343 & 1349)

## THE CONSPIRACY AND ITS OBJECT

3.     From in or near January 2014 to on or about the present, in the

Southern District of Texas,

### CHARMINE GODINE,
### HAROLD CHANEY,
### FRANK CHANEY,
### and
### MARCUS MCNEAL,

defendants herein, did knowingly combine, conspire, confederate, and agree with

others known and unknown to devise and intend to devise a scheme and artifice to

defraud and to obtain money and property by means of false and fraudulent

pretenses, representations, and promises, affecting Tele-check, Certegy and others,

and in the execution of said scheme and artifice, transmitted or cause to be

transmitted by means of wire in interstate commerce, writings, signs, signals,

pictures and sounds for the purpose of executing said scheme or artifice to defraud

in violation of Title 18, United States Code, Section 1343.

2

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that:

4.    Defendant, Marcus McNeal obtained checking account information from legitimate businesses and provided the information to Defendants, Charmine Godine and Harold Chaney.

5.    Defendants, Charmine Godine, Harold Chaney and others used the checking account information provided by Marcus McNeal to create counterfeit checks.

6.    Defendants, Charmine Godine, Harold Chaney, and others, obtained identification documents of individuals as part of the scheme to pass counterfeit checks.

7.    Defendants, Charmine Godine, Harold Chaney, Frank Chaney, and others purchased merchandise from businesses located in the Southern District of Texas using the counterfeit checks and stolen identifications.

8.    The Defendants, Charmine Godine, Harold Chaney, and Frank Chaney rented vehicles to transport large items, such as appliances, equipment and building materials that were purchased with counterfeit checks.

9.    The Defendants and others associated with the scheme fraudulently obtained hundreds of identifications of individuals and made over 44,000 counterfeit checks.   Many of the counterfeit checks were processed through Tele-check and

3

Certegy with an intended loss of over $6,000,000 and an actual loss of over $1,300,000 as a result of this scheme.

## OVERT ACTS

10.    In furtherance of the conspiracy, and to affect the object of the conspiracy, the following overt acts, among others, were committed in the Southern District of Texas and elsewhere:

a.    From on or around January 1, 2017 to June 21, 2018, Harold Chaney received checking account information from Marcus McNeal.

b.    On or about August 4, 2017, Charmine Godine received checking account information from Harold Chaney and Marcus McNeal.

c.    On or about January 28, 2018, a co-defendant passed a counterfeit check at Northern Tool and Equipment to purchase a North Star pressure washer.

d.    On or about January 28, 2018, the stolen identification of M.M. was used to pass a check at Northern Tool and Equipment to buy a North Star pressure washer.

e.    On or about January 28, 2018, Harold Chaney, Frank Chaney, and others loaded a North Star pressure washer onto a moving truck at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas.

4

f.      On or about February 8, 2018, a conspirator rented a Penske truck from Home Depot with the identification of B.W. and provided it to Harold Chaney and Frank Chaney.

g.      On or about February 12, 2018, a conspirator passed a counterfeit check for over $3000 at Home Depot in League City, Southern District of Texas using the identification of B.W.

h.      On or about February 15, 2018, a conspirator purchased two HP laptops at two different Office Depot stores in the Southern District of Texas.

i.      On or about February 16, 2018, Harold Chaney entered the garage at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas and obtained a box with a HP logo, which he loaded into his car.

j.      On or about February 22, 2018, a conspirator purchased a Samsung washer from Sears in Louisiana using the false identity of A.H. and a counterfeit check.

k.      On or about February 23, 2018, Harold Chaney and Charmine Godine placed a Samsung washer into the garage at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas.

l.      On or about February 23, 2018, Harold Chaney and others loaded the Samsung washer onto a truck.

5

m.      On or about February 28, 2018, Charmine Godine and Frank Chaney, attempted to pass a counterfeit check at a Home Depot located near Sam Houston Parkway, Southern District of Texas.

n.      On or about February 28, 2018, Frank Chaney attempted to pass a counterfeit check to purchase roofing shingles at Lowes in Webster, Texas using the stolen identification of T.J.

o.      On or about February 28, 2018, Frank Chaney and Charmine Godine fled from the Lowes in Webster, Texas and were stopped by law enforcement officers.

p.      On or about March 2, 2018, Harold Chaney moved a large duffel bag containing stolen identification documents at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas.

q.      On or about March 20, 2018, Charmine Godine and Harold Chaney secreted counterfeit checks and stolen identifications at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas.

r.      On or about March 20, 2018, Harold Chaney and Charmine Godine secreted counterfeit checks and stolen identifications in a storage unit on West Fuqua, in Houston, Southern District of Texas.

6

s.      On or about November 2018, Harold Chaney received stolen checking account information from Marcus McNeal.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-4
(Aggravated Identity Theft – 18 U.S.C. 1028A)

From on or about January 1, 2014 until on or about March 20, 2018, in the Houston Division of the Southern District of Texas,

**CHARMINE GODINE,**
**and**
**HAROLD CHANEY,**

defendants herein, aiding and abetting one another, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, that is, the name and government issued driver's license of real persons listed in the counts below, during and in relation to a violation of Title 18, United States Code, Section 1343 (Wire Fraud).

| COUNT | DATE (on or about) | IDENTIFICATION |
|-------|--------------------|----------------|
| TWO | January 28, 2018 | M.M. |
| THREE | February 8, 2018 | B.W. |
| FOUR | February 22, 2018 | A.H. |

7

In violation of Title 18, United States Code, Section 1028A(a)(1) and Title 18, United States Code, Section 2.

### COUNT 5
(Aggravated Identity Theft, Title 18 U.S.C. § 1028A)

On or about February 28, 2018, in the Houston Division of the Southern District of Texas,

**CHARMINE GODINE,**
**HAROLD CHANEY,**
**AND**
**FRANK CHANEY,**

defendants herein, aiding and abetting one another, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, that is, the name and/or government issued identification of a real person, T.J., during and in relation to a violation of Title 18, United States Code, Section 1343 (Wire Fraud).

In violation of Title 18, United States Code, Section 1028A(a)(1) and Title 18, United States Code, Section 2.

8

## COUNTS 6-7

(Aggravated Identity Theft – 18 U.S.C. 1028A)

From on or about January 1, 2014 until on or about November 2018, in the Houston Division of the Southern District of Texas,

**HAROLD CHANEY,**
**and**
**MARCUS MCNEAL,**

defendants herein, aiding and abetting one another, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, that is, the name and bank account number of a real person listed in the counts below, during and in relation to a violation of Title 18, United States Code, Section 1343 (Wire Fraud).

| COUNT | DATE (on or about) | VICTIM |
|---|---|---|
| SIX | November 14, 2018 | T.B. |
| SEVEN | November 14, 2018 | E.M. |

In violation of Title 18, United States Code, Section 1028A(a)(1) and Title 18, United States Code, Section 2.

## COUNT 8
### (Felon in Possession of a Firearm)

On or about May 6, 2019, within the jurisdiction of the Houston Division of the Southern District of Texas, defendant,

### MARCUS MCNEAL,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Sig Sauer P938, 9mm pistol, in and affecting interstate commerce, in violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

### Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant, MARCUS MCNEAL, that, upon conviction of the offense alleged in Count seven, the United States will seek to forfeit all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to a Sig Sauer P938, 9mm pistol.

TRUE BILL

Original Signature on File

FOREPERSON OF THE GRAND JURY

RYAN PATRICK
United States Attorney
By: _____
Jim McAlister
Assistant United States Attorney

10